**DISMISS and Opinion Filed December 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00565-CV

**VERNAESHA COMPTON AND SHEILA COMPTON, Appellants**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01611-D**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Francis

This is an appeal from the trial court's judgment in a forcible detainer action. Appellants were cautioned on October 18, 2018 that the appeal would be dismissed unless they filed their brief within ten days, but they have failed to file their brief. *See* Tex. R. App. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b), (c).


/Molly Francis/
MOLLY FRANCIS
JUSTICE

180565F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VERNAESHA COMPTON AND SHEILA
COMPTON, Appellants

No. 05-18-00565-CV      V.

DALLAS HOUSING AUTHORITY,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-01611-D.
Opinion delivered by Justice Francis.
Justices Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 7, 2018.